ORDERED.

Dated: November 04, 2015

*[Signature]*
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

JUAN RIVERA                                                                 Case No. 9:15-bk-08721-FMD
                                                                                              Chapter 13

        Debtor.
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS CAUSE came before the court for hearing on October 29, 2015, upon the Motion for Relief from the Automatic Stay (Doc. No. 28) filed by a party-in-interest, WJS BONDING, LLC, and the Court having reviewed the record and having heard argument from counsel, and the Court being otherwise fully advised, it is

**ORDERED** that on the basis and for the reasons stated in open court the Motion to Relief from the Automatic Stay is granted. *See In re Brown*, 290 B.R. 415 (Bkrtcy. M.D. Fla. 2003). It is further

**ORDERED** that the automatic stay is annulled retroactively back to the date of filing of this bankruptcy case on August 27, 2015.

Attorney, Robert E. Tardif Jr., is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the Order.